No. 86–5931. BLAKEY v. VASSAR ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5934. ADAMS v. HAMILTON, SUPERINTENDENT, HARNETT YOUTH CENTER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5939. THOMAS v. LINCOLN UNIVERSITY. C. A. 8th Cir. Certiorari denied.

No. 86–5941. MITCHELL v. OREGON. Ct. App. Ore. Certiorari denied.

No. 86–5944. MAGGARD v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 86–5945. COOPER v. WOODALL. C. A. 11th Cir. Certiorari denied.

No. 86–5947. KEALOHAPAUOLE v. SHIMODA, ADMINISTRATOR, OAHU COMMUNITY CORRECTIONAL CENTER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–5948. HARVEY v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 86–5949. HARVEY v. TEXAS COURT OF CRIMINAL APPEALS. C. A. 5th Cir. Certiorari denied.

No. 86–5954. CHUA HAN MOW v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5955. COOPER v. LAMBERT, CHAIRMAN, ALABAMA BOARD OF PARDONS AND PAROLES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–5956. EPPS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 86–5957. CALVER v. RIDGECREST MOBILE HOME PARK ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5962. KAHEY ET AL. v. BLACKBURN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.